UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE COMPANY FOR COOPERATIVE
INSURANCE (TAWUNIYA); GULF UNION
COOPERATIVE INSURANCE COMPANY,

      Plaintiffs,

v.

M/V "PACIFIC CELEBES," her engines, tackle,
boilers, etc.; THE CHINA NAVIGATION
COMPANY LTD.; SWIRE SHIPPING LTD.;
SWIRE SHIPPING INC.; SWIRE SHIPPING
N.A.,

      Defendants.

**ECF CASE**

09 Civ. 9060 (PGG)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-18-09
```

PAUL G. GARDEPHE, U.S.D.J.:

  On November 25, 2009, this Court directed all parties to appear for an initial pretrial conference in accordance with Rule 16 of the Federal Rules of Civil Procedure on December 21, 2009. The December 21, 2009 conference is adjourned. This Court will hold an initial pretrial conference on **Tuesday, January 19, 2010 at 10:30 A.M.** in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
   December 18, 2009

          SO ORDERED.

          _____
          Paul G. Gardephe
          United States District Judge